Commonwealth *v.* DeShields, Appellant.

Submitted September 23, 1970. *Harold L. Randolph,* and *Nix, Randolph & Watson,* for appellant; *James D. Crawford,* Deputy District Attor-

ney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.